**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CRISTIE NORTH, | - | |
| | - | Case No.: 1:10-cv-0454-GET |
| Plaintiff, | - | |
| | - | |
| v. | - | NOTICE OF |
| | - | ACCEPTANCE OF RULE |
| REDLINE RECOVERY SERVICES, LLC | - | 68 OFFER OF JUDGMENT |
| | - | |
| Defendant. | - | |

TO:   DEFENDANT AND ITS ATTORNEY OF RECORD, JOHN H. BEDARD, JR.

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as <u>Exhibit A</u>.

                                    RESPECTFULLY SUBMITTED,

DATED:  May 7, 2010

                        By:   /s/ Alex Simanovsky _
                             Alex Simanovsky, Esq.
                             Attorney for Plaintiff
                             Alex Simanovsky & Associates, LLC
                             2300 Henderson Mill Road, Suite 300
                             Atlanta, Georgia 30345

                             Of Counsel
                             Krohn & Moss, Ltd.
                             10474 Santa Monica Blvd., Suite 401
                             Los Angeles, CA 90025