**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CRISTIE NORTH,                                    )
                                                  )
    Plaintiff,                               )          Civil Action File No.
v.                                                )          1:10-CV-0454-GET
                                                  )
REDLINE RECOVERY SERVICES, LLC, )
                                                  )
    Defendant.                               )
_____ )

## JUDGMENT

This matter is before the Court on Plaintiff's acceptance of the offer of judgment made by Defendant Redline Recovery Services, LLC pursuant to Rule 68 of the Federal Rules of Civil Procedure. Upon review of the file and other good cause shown, the Court enters judgment as follows:

    1)    Judgment shall be entered against Defendant Redline Recovery Services, LLC in the amount of One Thousand Dollars ($1,000.00) in statutory damages, plus Two Hundred Fifty Dollars ($250.00) in actual damages, plus the costs of the action and reasonable attorneys fees through and including the 10th day following service of this offer, such fees and costs to be determined by the Court unless the parties

-1-

otherwise agree and advise the Court of same.

3)   This Judgment is entered solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that any Defendant is liable in this action, or that Plaintiff has suffered any damage.

So Ordered this _____ day of _____, 2010.

_____

Honorable Charles G. Ernest Tidwell
Senior Judge, U.S. District Court
Northern District of Georgia

Prepared by and Consented to By:

**BEDARD LAW GROUP, P.C.**

/s/John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
2810  Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Phone: 678-253-1871
Fax: 678-253-1873
jbedard@bedardlawgroup.com
*Counsel for Defendant*
*Redline Recovery Services, LLC*

**ALEX SIMANOVSKY & ASSOCIATES, LLC**

Alexander Simanovsky
2300 Henderson Mill Road
Suite 30
Atlanta, Georgia 30345
Phone: 770-414-1012
Fax: 770-414-9891
alex@lemonlawinfo.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CRISTIE NORTH,                          )
                                        )
    Plaintiff,                      )    Civil Action File No.
v.                                      )    1:10-CV-0454-GET
                                        )
REDLINE RECOVERY SERVICES, LLC, )
                                        )
    Defendant.                      )
                                        )

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served all counsel of record with a copy

of the foregoing Rule 68 Offer of Judgment by depositing a copy of same in the

United States Mail, with first-class postage affixed thereto, properly addressed as

follows:

Alexander Simanovsky
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road
Suite 30
Atlanta, Georgia 30345

This 26th day of April, 2010

Respectfully submitted,

John H. Bedard, Jr.
Georgia Bar No. 043473

— 4 —