**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CRISTIE NORTH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| v. | ) | 1:10-CV-0454-GET |
| | ) | |
| REDLINE RECOVERY SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT MOTION TO VACATE JUDGMENT AND DISMISS CASE

COMES NOW, Cristie North, Plaintiff, and Redline Recovery Services, LLC, Defendant, (collectively, "the parties") in the above styled case and submit this joint motion to vacate judgment and dismiss this action.

On May 7, 2010, Plaintiff accepted Defendant's offer of judgment. On May 20, 2010, the court entered the judgment, which left undecided the amount of fees and costs to be awarded to the Plaintiff; such amount to be determined by the Court unless the parties otherwise agreed on an amount and notified the Court of same. The parties have now reached agreement on all outstanding issues and desire to simply vacate the judgment and dismiss the case. This Court has the authority pursuant to Fed. R. Civ. P. 60(a)(6) to vacate the judgment for any reason that justifies such relief. A draft order is attached to this motion.

WHEREFORE, the parties jointly request that the judgment be vacated and this matter be dismissed with prejudice.

Respectfully submitted this 28th day of July, 2010.

Prepared and Consented to By:

| **Bedard Law Group, P.C.** | **ALEX SIMANOVSKY & ASSOCIATES, LLC**  *in association with* KROHN & MOSS, LTD |
|---|---|
| /s/ John H. Bedard, Jr. | /S/ Alex Simanovsky |
| John H. Bedard, Jr. | Alex Simanovsky |
| Georgia Bar No. 043473 | Georgia Bar No. 646874 |
| Michael K. Chapman | 2300 Henderson Mill Road |
| Georgia Bar No. 322145 | Suite 30 |
| 2810 Peachtree Industrial Blvd. | Atlanta, Georgia 30345 |
| Suite D | Phone: 770-414-1012 |
| Duluth, Georgia 30097 | Fax: 770-414-9891 |
| jbedard@bedardlawgroup.com | alex@lemonlawinfo.com |
| mchapman@bedardlawgroup.com | *Counsel for Plaintiff* |
| *Counsel for Defendant Redline Recovery Services, LLC* | |