FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 29 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRISTIE NORTH, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| v. ) | 1:10-CV-0454-GET |
| ) | |
| REDLINE RECOVERY SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the joint motion of Plaintiff and Defendant to vacate this Court's May 20, 2010, judgment and dismiss this case with prejudice. Upon review of the file and other good cause shown, this Court's May 20, 2010 judgment is hereby VACATED and this action is hereby DISMISSED with prejudice.

This 29th day of July, 2010.

_____
Honorable G. Ernest Tidwell
Senior Judge, United States District Court
Northern District of Georgia,
Atlanta Division